UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
:
FLINTLOCK CONSTRUCTION :
SERVICES, LLC, :
:
                                  Plaintiff, :        23 Civ. 1701 (LGS)
:
         -against- :             ORDER
:
ARCH SPECIALITY INSURANCE :
COMPANY, et al., :
                               Defendant. :
:
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on February 8, 2023, Plaintiff initiated this action by filing a Verified Petition to Vacate Arbitration Award pursuant to CPLR 7511 in the Supreme Court of the State of New York, New York County;

WHEREAS, on February 28, 2023, Defendants removed the action to this Court.  It is hereby

**ORDERED** that, by **March 10, 2023**, the parties shall file a joint letter.  If Plaintiff intends to move to remand the case to state court, the parties' joint letter shall state their respective positions and arguments on whether the case should be remanded, with each party's section not to exceed three pages, and shall propose a schedule for full briefing of a motion to remand, should the court determine that further briefing is necessary.  If Plaintiff does not intend to move to remand, the parties' joint letter shall propose a briefing schedule for Plaintiff's application to vacate the arbitration award.

Dated: March 2, 2023
       New York, New York

                                                             LORNA G. SCHOFIELD
                                                    UNITED STATES DISTRICT JUDGE