**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
FLINTLOCK CONSTRUCTION SERVICES, LLC,

                            Petitioner,

-against-                                                      23 **CIVIL** 1701 (LGS)

                                                                               **<u>JUDGMENT</u>**

ARCH SPECIALTY INSURANCE COMPANY, et al.,

                            Respondents.
-------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 29, 2024, Petitioner's motion to vacate the award is DENIED and Respondents' cross-motion to confirm is GRANTED. Respondents' request for attorney's fees is DENIED; accordingly, the case is closed.

**Dated:** New York, New York
        February 29, 2024

                                                              **RUBY J. KRAJICK**
                                                                   _____
                                                                     **Clerk of Court**

                                             **BY:**    *K. Mango*
                                                                      _____
                                                                     **Deputy Clerk**