UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

FLINTLOCK CONSTRUCTION SERVICES, LLC,

Petitioner,

-against-

ARCH SPECIALTY INSURANCE COMPANY and CATLIN SPECIALTY INSURANCE COMPANY,

Respondents.

-----------------------------------------------------------------X

Case No. 23 Civ. 1701 (LGS)

**NOTICE OF APPEAL**

Notice is hereby given that Petitioner Flintlock Construction Services, LLC, ("Petitioner") hereby appeals to the United States Court of Appeals for the Second Circuit from the Court's Decision and Order dated February 29, 2024 (ECF Doc. No 25), and Judgment entered on February 29, 2024 (ECF Doc. No. 26) denying Petitioner's motion to vacate the Arbitration Award and granting Respondents Arch Specialty Insurance Company and Catlin Specialty Insurance Company (herein "Respondents") cross-motion to confirm the arbitration award.

Dated: Great Neck, New York
March 25, 2024

Respectfully submitted,

**HOLLANDER LAW GROUP, PLLC**
Attorneys for Petitioner

By:__________________________
Thanbir Ahmed
40 Cutter Mill Road, Ste. 203
Great Neck, New York 11021
(516) 498-1000

G:\1324-157\Petition to Vacate II\Appeal\Notice of Appeal.docx